IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

MOOSETRACKS HOSPITALITY LLC,

Plaintiff,

vs.

FOUR CHARMS LLC, WILLIAM H. STEWART, THE ESTATE OF CAROL ANN STEWART AND THE UNITED STATES OF AMERICA, NORTHERN SEED, LLC; and any and all persons, known or real property described in this complaint, adverse to Plaintiff's ownership or any cloud upon Plaintiffs' title thereto, whether such claim or possible claim be present or contingent,

Defendants.

CAUSE NO. CV-25-100-GF-JTJ

**ORDER OF REMAND**

Under 28 USCS § 1367(c)(3), a district court may decline supplemental jurisdiction when it "has dismissed all claims over which it has original jurisdiction" 28 USCS § 1367. The decision remains discretionary rather than mandatory, and courts consider judicial economy, convenience, fairness, and comity. *Arroyo v. Rosas*, 19 F.4th 1202, 1210 (9th Cir. 2021).

Plaintiff Moosetracks Hospitality LLC seeks remand of this matter due to the stipulated dismissal of the claims against the Defendant United States of America –

the only claims which provided this Court with jurisdiction pursuant to 28 U.S.C. 1442(a)(1).

The remaining claims involve quieting title to a property located in Glacier County, Montana. The remaining defendants have not appeared. This Court has not made a substantial commitment of judicial resources and the remaining claims are more appropriate for adjudication in state court.

While a district court may dismiss supplemental claims without prejudice, remanding a removed case is more cost-effective and judicially efficient – for both the parties and the state court.

IT IS HEREBY ORDERED that this matter is remanded to the Ninth Judicial District Court, Glacier County, State of Montana. A certified copy of this Order shall be mailed by the clerk to the clerk of court for Glacier County, Montana.

DATED this 21st day of October 2026.

John Johnston
United States Magistrate Judge